425 A.2d 742

**COMMONWEALTH of Pennsylvania**

v.

**Kenneth ORMSBEE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1981.

Decided Feb. 27, 1981.

Lee Mandell, Alan L. Director, Philadelphia, for appellant.
Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Appeal is dismissed as being improvidently granted.